GARCÍA *v.* ROIG ET AL.

## APPEAL from the District Court of Mayagüez.

No. 12.—Decided December 11, 1903.

INTERVENTION OF OWNERSHIP.—The ownership of an estate conveyed to The People of Porto Rico by deed of sale executed in its favor by a plaintiff in intervention of ownership and recorded in the name of The People of Porto Rico at the time the complaint was filed, cannot be declared in favor of said plaintiff in intervention.

### STATEMENT OF THE CASE.

This is a case prosecuted in the District Court of Maya-

güez, entre partes, de la una Doña Elisa García Sanjurjo, como demandante, cuya representación y defensa ha llevado ante esta Corte Suprema el Letrado Don Antonio Alvárez Nava, y de la otra, como demandados, Don Antonio Roig Torrellas, hoy su cesionario Don Pablo Roig Torrellas, representado y dirigido por el Abogado Don Fernando Vázquez, y Don Isidro Fernández Sanjurjo, que no se ha personado ante este Tribunal, sobre tercería de dominio, cuyo juicio pende ante NOS en virtud de recurso de casación por infracción de ley, hoy de apelación, interpuesto por la parte demandante contra la sentencia pronunciada por el Tribunal del Distrito de Mayagüez.

*Resultando* : que con fecha ocho de Mayo del año próximo pasado, en juicio ejecutivo seguido ante el Tribunal de Distrito de Mayagüez, por Don Antonio Roig Torrellas contra Don Isidro Fernández Sanjurjo, en cobro de pesos, se dispuso fueran embargados bienes de la propiedad del demandado hasta cubrir la cantidad reclamada de mil pesos provinciales ó sean seiscientos dollars, intereses legales y costas, que se calcularon en trescientos dollars, para hacer efectivos dos plazos vencidos que representaban aquella suma, como procedentes de obligación contraida por Fernández Sanjurjo, mediante escritura pública otorgada en veinte y siete de Noviembre de mil ochocientos noventa y siete.

*Resultando* : que el embargo ordenado se trabó en diez de Junio siguiente en la Hacienda denominada "Carmen", como de la propiedad del ejecutado, compuesta de doscientas veinte y cuatro cuerdas veinte y cinco céntimos, equivalentes á ochenta y ocho hectáreas, trece áreas, ochenta y nueve centiáreas, radicada en el barrio de "Muradero", del término Municipal de Mayagüez, á café, plátanos, caña y montes, con los establecimiento, casa, almacenes y demás edificaciones, cuya finca colinda por el Norte con la Quebrada de Oro, y terrenos de Don Francisco Ramos, Viuda de Roca-

güez, by Elisa García Sanjurjo, as plaintiff, represented and defended in this Supreme Court by Antonio Alvarez, Esq., and Antonio Roig Torrellas, now his assignee Pablo Roig Torrellas, represented and defended by his counsel, Fernando Vázquez, and Isidro Fernández Sanjurjo, as defendants, the latter not entering an appearance in this court, in the matter of a complaint in intervention of ownership pending before us on appeal in cassation for error of law, now appeal, taken by the party plaintiff from the judgment rendered by the District Court of Mayagüez.

On May 8, 1902, in execution proceedings instituted in the District Court of Mayagüez by Antonio Roig Torrellas against Isidro Fernández Sanjurjo, for the recovery of a debt, an order issued for the attachment of so much of the property of the defendant as would cover the amount claimed, namely, one thousand *pesos* provincial money, or six hundred dollars, with legal interest and costs, calculated to be three hundred dollars, in satisfaction of two matured installments amounting to said sum, the same being an obligation contracted by Fernandez Sanjurjo, by virtue of a public instrument executed November 27, 1897.

Said attachment was levied on June 10 following, upon an estate called "Carmen," as being the property of the debtor, and consisting of two hundred and twenty-four and one quarter *cuerdas*, equal to eighty hectares, thirteen ares and eighty-nine centares, situated in *barrio* "Muradero," within the Municipal District of Mayagüez, planted with coffee, bananas, sugar-cane and timber, and having on the premises a dwelling house, store-houses and other buildings, the boundaries of the property being: on the north, the brook called "Quebrada de Oro" and lands belonging to Francisco

fort, Sucesión Lacout y Olivieri Hermanos, por el Este con un camino vecinal, tierras de Don Adolfo Gómez, Don Juan Luciano, otro camino vecinal, terrenos de Don Genaro Cartagena, Don Manuel Bengoa y Don Pedro Agostini, al Oeste con terrenos de la antigua Hacienda "Carmen", la Quebrada de Oro y tierras de Don Antonio López, Don Juan Rolán, Don Francisco Borrero, Don Ramón Ruiz, camino vecinal de Añasco, terrenos de Don Luis Cartagena y la carretera de Añasco, y por el Sur con terrenos de Doña Elisa, Doña Dolores y Doña Rosa García Sanjurjo, y el río Yaguez; habiéndose tomado anotación preventiva de tal embargo en el Registro de la Propiedad de Mayagüez, en veinte y cinco de Junio citado.

*Resultando*: que Doña Elisa García Sanjurjo, por escritura pública otorgada el dia dos del repetido mes de Junio compró la finca expresada á Don Isidro Fernández Sanjurjo por precio de diez y nueve mil dollars, de los cuales cinco mil seiscientos correspondían á una hipoteca que sobre la misma gravitaba á favor de Don Tomás Quiñones, cinco mil fueron satisfechos por la compradora, por cuenta del vendedor, á varios acreedores de éste, y los ocho mil cuatrocientos restantes fueron entregados á Fernández Sanjurjo ante el Notario autorizante y testigos, cuya escritura fué inscrita en el Registro de la Propiedad de Mayagüez con fecha diez y ocho de Agosto de mil novecientos dos, haciéndose constar en la inscripción que la finca vendida, además del gravamen hipotecario que sobre ella pesaba, estaba afectada por la anotación del embargo practicado á instancia de Don Antonio Roig y Torrellas.

*Resultando*: que por otra escritura posterior, otorgada en veinte y nueve de Agosto citado, la que también fué inscrita en el Registro de la Propiedad de Mayagüez, Doña Elisa García Sanjurjo vendió la Hacienda "Carmen" al Pueblo de Puerto Rico por precio de quince mil dollars, de los cuales confesó haber recibido ocho mil quinientos, que-

Ramos, to the widow of Rocafort, to the estate of Lacout and to Olivieri Hermanos; on the east a neighborhood road, lands owned by Alfredo Gómez and Juan Luciano, by another neighborhood road, lands belonging to Genaro Cartagena, Manuel Bengoa and Pedro Agostini; on the west, lands of the old "Carmen" Estate, the "Quebrada de Oro" brook, the lands of Antonio López, Juan Rolán, Francisco Borrero, Ramon Ruiz, Añasco neighborhood road, lands of Luis Cartagena, and the highway to Añasco; and on the south by lands belonging to Elisa, Dolores and Rosa García Sanjurjo, and the river "Yaguez." A cautionary notice of said attachment was duly entered in the Registry of Property of Mayagüez on June 25 of the same year.

Elisa García Sanjurjo, had by a public instrument executed on the 2nd of aforesaid month, purchased said estate from Isidro Fernández Sanjurjo for the sum of nineteen thousand dollars, whereof five thousand six hundred were retained for the satisfaction of a mortgage in favor of Tomás Quiñones, with which the property was incumbered, five thousand were paid by the vendee for the account of the vendor to several creditors of the latter, and the balance of eight thousand four hundred dollars was delivered to Fernández Sanjurjo in the presence of the notary and of the witnesses before whom the instrument was executed, the same being recorded in the Registry of Property of Mayagüez under date of August 18, 1902, with a notice to the effect that the property sold, in addition to the mortgage by which it was incumbered, was affected by the cautionary notice of the attachment levied at the request of Antonio Roig y Torrellas.

By a subsequent deed executed on the 29th of the said month of August, which was also recorded in the Registry of Property of Mayagüez, Eliza García Sanjurjo conveyed the estate "Carmen" to The People of Porto Rico for the sum of fifteen thousand dollars, of which she acknowledged having received eight thousand five hundred dollars, the ven-

dando en poder del comprador los seis ·mil quinientos restantes por razón de las cargas que pesaban sobre dicha finca ó sea la hipoteca de cinco mil seiscientos dollars á favor de Don Tomás Quiñones, y un embargo de novecientos dollars á favor de Don Antonio Roig Torrellas.

*Resultando :* que en trámite el juicio ejecutivo seguido por Don Antonio Roig Torrellas contra Don Isidro Fernán dez Sanjurjo, presentó demanda de tercería de dominio Doña Elisa García Sanjurjo ante la Corte de Mayagüez, con fecha diez y seis de Junio del año próximo pasado, con súplica de que se dictara sentencia declarándola con lugar, imponiendo las costas al que se opusiere á su pretensión y ordenando se alzara el embargo practicado en la Hacienda ''Carmen'' para que quedara á su libre disposición; á cuyo fin alegó que dicha finca era de su propiedad por haberla adquirido de Don Isidro Fernández Sanjurjo mediante escritura pública de compra-venta otorgada en dos de Junio del año próximo pasado, de la que acompañó primera copia no inscrita aun en el Registro de la Propiedad de Mayagüez.

*Resultando :* que los demandados Don Isidro Fernández Sanjurjo y Don Antonio Roig y Torrellas fueron emplazados para contestar la demanda en primero de Julio y primero de Agosto del año próximo pasado, respectivamente, habiéndose allanado el primero á dicha demanda; mientras que Don Pablo Roig y Torrellas, como cesionario de Don Antonio Roig y Torrellas, cuyo carácter justificó, se opuso á la misma con súplica de que se declarara sin lugar con las costas á la tercerista, alegando entre otros hechos que la escritura presentada por Doña Elisa García Sanjurjo no aparecía inscrita en el Registro de la Propiedad, que al ser inscrita lo fué con la carga de la anotación del embargo practicado á instancia de Don Antonio Roig y Torrellas; que Fernández Sanjurjo al realizar la venta de la Hacienda ''Carmen'' se había quedado sin bienes para satisfacer la deuda que se le reclamaba, y que la García Sanjurjo había traspasado el dominio de la

dee retaining the balance of six thousand five hundred dollars to meet the incumbrances upon said property, namely, the mortgage of five thousand six hundred dollars in favor of Tomás Quiñones and an attachment for nine hundred dollars in favor of Antonio Roig Torrellas.

While the execution proceedings instituted by Antonio Roig Torrellas against Isidro Fernández Sanjurjo were in progress, Elisa García Sanjurjo filed a complaint in intervention of ownership in the Mayagüez Court, under date of June 16, 1902, and prayed that judgment be rendered sustaining said complaint in intervention, with costs against the parties opposing the same, and ordering that the attachment levied upon the estate "Carmen" be dissolved, so that it might be left at her disposal, she alleging in support of her action that she had acquired said property by purchase from Isidro Fernández Sanjurjo, according to deed executed on June 2, 1902, a copy of which she attached to the complaint, said deed not yet having been recorded at the Registry of Property of Mayagüez.

Defendants Isidro Fernández Sanjurjo and Antonio Roig y Torrellas being summoned to answer the complaint on July 1 and August 1, 1902, respectively, the former acquiesced therein, while Pablo Roig y Torrellas, as assignee of Antonio Roig y Torrellas, which character he proved, contested the same and prayed that the complaint be dismissed with costs against the plaintiff in intervention, alleging, among other facts, that the deed filed by Elisa García Sanjurjo did not appear recorded at the Registry of Property; that upon being recorded it was with the incumbrance of the notice of attachment levied at the request of Antonio Roig y Torrellas; that Fernández Sanjurjo, in effecting the sale of the estate "Carmen," had been left without any property wherewith to satisfy the debt demanded of him, and that Elisa García Sanjurjo had conveyed the title of the estate "Carmen" to The People of Porto Rico, under date of August 29, acknowledg-

Hacienda "Carmen" á favor del Pueblo de Puerto Rico, con fecha veinte y nueve de Agosto, reconociendo que sobre la finca pesaban, como cargas, una hipoteca á favor de Don Tomás Quiñones por valor de cinco mil seiscientos dollars y una anotación de embargo por novecientos dollars á favor de Don Antonio Roig, por lo que del precio de la finca dejó seis mil quinientos en poder del comprador por razón de las expresadas cargas.

*Resultando*: que entre las pruebas practicadas por ambas partes se encuentra la escritura pública otorgada por Doña. Elisa García Sanjurjo á favor del Pueblo de Puerto Rico, en veinte y nueve de Agosto de mil novecientos dos, traspasándole la propiedad de la Hacienda "Carmen" en los términos que se dejan expresados, cuya escritura ha sido inscrita en el Registro de la Propiedad.

*Resultando*: que el Tribunal de Distrito de Mayagüez, por sentencia de veinte de Diciembre del año próximo pasado, declaró sin lugar la demanda de tercería interpuesta con las costas á Doña Elisa García Sanjurjo.

*Resultando*: que contra esta sentencia interpuso la representación de Doña Elisa García Sanjurjo recurso de casación por infracción de ley, que se tramitó como tal habiéndosele dado luego la tramitación correspondiente al de apelación, á virtud de lo dispuesto por la Ley votada por la Asamblea Legislativa de esta Isla, aprobada en doce de Marzo último, que convirtió esta Corte Suprema en Tribunal de Apelación; y señalado día para la vista, tuvo ésta lugar con asistencia de los Letrados de la parte demandante y del demandado Roig Torrellas.

Abogado de la apelante: *Sr. Alvárez Nava.*

Abogado del apelado Roig: *Sr. Vázquez* (Fernando).

La otro parte apelada no compareció.

EL JUEZ ASOCIADO SR. SULZBACHER, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal:

ing that the property was incumbered by a mortgage in favor of Tomás Quiñones for the sum of five thousand six hundred dollars and a notice of attachment for nine hundred dollars in favor of Antonio Roig, wherefore she had left six thousand five hundred dollars, of the price of the property in the hands of the vendee by reason of the aforesaid incumbrances.

Among the documents introduced in evidence by both parties there appears the deed executed by Elisa García Sanjurjo in favor of The People of Porto Rico, dated August 29, 1902, conveying the title to the estate "Carmen," as above set forth, which deed has been recorded in the Registry of Property.

The District Court of Mayagüez, on December 20 of last year rendered judgment dismissing the complaint in intervention with costs against Elisa García Sanjurjo.

From this decision counsel for Elisa García Sanjurjo took an appeal in cassation for error of law, which was prosecuted as such, but afterwards proceeded with as an appeal, in conformity with the provisions of an act of the Legislative Assembly of Porto Rico, approved March 12, 1903, converting this Supreme Court into a court of appeals, and a day being set for the hearing, the same was had, attorneys for plaintiff and defendant Roig Torrellas, being present.

*Mr. Alvarez Nava,* for appellant.

*Mr. Fernando Vázquez,* for the respondent, Roig.

The other respondent did not appear.

MR JUSTICE SULZBACHER, after making the above statement of facts, delivered the opinion of the court as follows:

*Considerando*: que correspondiendo actualmente el dominio de la Hacienda "Carmen" al Pueblo de Puerto Rico, á virtud de la escritura pública de venta que á su favor otorgó la tercerista en veinte y nueve de Agosto del año próximo pasado, como le correspondía ya en la fecha en que fué contestada la demanda, no cabe declarar ese dominio á favor de Doña Elisa García Sanjurjo, según ésta pretende en el presente juicio.

*Fallamos*: que debemos confirmar y confirmamos la sentencia apelada de veinte de Diciembre del año próximo pasado, con las costas del recurso también á cargo de la demandante; y devuélvanse los autos al Tribunal de Distrito de Mayagüez con la certificación correspondiente.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.

---

EL PUEBLO *v.* ROMAN.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 33.—Resuelto en Diciembre 14, 1903.

PRUEBAS.—NUEVO JUICIO.—La exclusión de prueba pertinente constituye un error de tal naturaleza que hace necesaria la revocación de la sentencia y la celebración de un nuevo juicio.

VIOLACIÓN.—FUERZA Y VIOLENCIA.—FALTA DE VOLUNTAD Y RESISTENCIA.—Son elementos esenciales del delito de violación la *fuerza* y la *violencia,* que emplee el agente, así como la *falta de voluntad* y la *resistencia* por parte de la muejr violada.

ID.—PRUEBAS.—CARÁCTER MORAL DE LA DENUNCIANTE.—PROSTITUTA.—El carácter moral de la mujer violada no es elemento que hay que considerar en relación con el delito de violación, pués éste puede cometerse en una prostituta como en cualquier otra mujer.

ACUSACIÓN.—CUESTIONES DE DERECHO.—Cuando no hay prueba suficiente para sostener el delito imputado en la acusación, surge una cuestión de derecho, de la que puede conocer el Tribunal Supremo por virtud de una apelación.

Inasmuch as the ownership of the estate "Carmen" belongs at present to The People of Porto Rico by virtue of the deed of sale executed in its favor by plaintiff in intervention, on August 29, 1902, and said estate was the property of The People of Porto Rico at the time of answering the complaint, the ownership thereof cannot be declared in favor of Elisa García Sanjurjo, as claimed by her in this suit.

We adjudge that we should affirm, and do affirm, the judgment of December 20, 1902, appealed from, with costs of the appeal also against plaintiff. The record is ordered to be returned to the District Court of Mayagüez, with the proper certificate.

Chief Justice Quiñones and Justices Hernández and Mac-Leary, concurred.

Mr. Justice Figueras did not sit at the hearing of this case.